Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Jacksonville__ Division

2023 JUL 10 PM 2:04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

__Appeal Mario Goodhigh__

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__State of Florida, Melissa Ivy Softness and Brad Mitchell__

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __3:23-cv-792-TJC-PDB__
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Mario Goodhigh
   All other names by which you have been known: Mario Goodhigh
   ID Number: T68779
   Current Institution: Suwannee C.I.
   Address: 5964 US Highway 90
   Live Oak, FL 32060
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Melissa Ivy Softness
   Job or Title (if known): State Prosecutor
   Shield Number: 98786
   Employer: State Attorney's Office
   Address: 1350 NW 12th Avenue
   Miami, FL 33136
   City / State / Zip Code
   [✓] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: Brad Mitchell
   Job or Title (if known): State Prosecutor
   Shield Number:
   Employer: State Attorney's Office
   Address: 1350 NW 12th Avenue
   Miami, FL 33136
   City / State / Zip Code
   [✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: GILBERTO PEREZ
Job or Title (if known): POLICE OFFICER
Shield Number: 001-27041
Employer: City of Miami Police Dep.
Address: 400 NW 2 AVENUE
City: MIAMI   State: FL   Zip Code: 33128

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4
Name: GEORGE DIAZ
Job or Title (if known): POLICE OFFICER
Shield Number: 001-00444
Employer: City of Miami Police Dep.
Address: 400 NW 2 AVENUE
City: MIAMI   State: FL   Zip Code: 33128

[✓] Individual capacity    [ ] Official capacity

JAIR BUTRON 001-00757
POLICE OFFICER

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(8) (14) (12) (9) (5) (4)
AMENDMENTS CONSTITUTIONAL VIOLATED

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *The prosecutors convicted me wrongfully without any evidence at all.*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Home*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

5/28/2015

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I WAS ARRESTED FALSELY. FALSE ARREST AND ALSO JURY TRIAL PROSECUTORS SHOWED AN PHOTOGRAPH OF ME HANDCUFFED TO THE CITY OF MIAMI POLICE BENCH AT THE POLICE STATION AND

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. PHOTOGRAPH WASN'T ON THE EXHIBITS AT ALL.

SEVERE TRAUMATIZED
$600 Million REQUESTED

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MAKE AN ARREST OF PROSECUTORS FOR CONSPIRACY. AND POLICE OFFICER JOSE PAZ FOR ARRESTING. ME WRONGFULLY I WAS SENTENCE TO 10 YEARS.
RELIEF: DISMISSED CRIMINAL CHARGES - AGAINST ME

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[X] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

EVERY facility that I Go to.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

Also wrote to the Miami Dade County Criminal Court that sentence me And I also wrote to the Clemency Tallahassee, Florida

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   SUWANNEE CI

2. What did you claim in your grievance?

   FALSE IMPRISONED

3. What was the result, if any?

   A to write to the courts that's sentence me

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Still waiting I never gave up I'm innocent I never had laid down at all

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

UNITED STATES DISTRICT COURT
JACKSONVILLE DIVISION

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO Godhigh
   Defendant(s) MELISSA IVY SOFTNESS AND BRAD MITCHELL

2. Court *(if federal court, name the district; if state court, name the county and State)*
   3:23-CV-696-MMH-PDB
   US District Court

3. Docket or index number
   3:23-CV-696-MMH-PDB

4. Name of Judge assigned to your case
   MARCIA MORALES HOWARD

5. Approximate date of filing lawsuit
   06/16/2023

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed Without Prejudice

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO GOODhigh
   Defendant(s) MELISSA IVY SOFTNESS

2. Court *(if federal court, name the district; if state court, name the county and State)*

   US DISTRICT COURT

3. Docket or index number
   3:23-CV-00696-MMH-PDB

4. Name of Judge assigned to your case
   MARCIA MORALES HOWARD

5. Approximate date of filing lawsuit   06/16/2023

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed without prejudice

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-4-2023

Signature of Plaintiff: *Mario Dyrell Godhigh*
Printed Name of Plaintiff: MARIO DYRELL Godhigh
Prison Identification #: M28779
Prison Address: 5964 US Highway 90
Live Oak, FL 32060
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

Page 11 of 11